UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL GOODWIN,<br><br>                              Plaintiff,<br><br>    -against-<br><br>BRONX FAMILY COURT; XALETA COPELAND; PAUL RYNESKI,<br><br>                              Defendants. | 1:24-CV-4103 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the September 9, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 9, 2024
          New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                Chief United States District Judge